AO 10
Rev. 1/2006

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2005

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial)<br><br>Ishii, Anthony W | 2. Court or Organization<br><br>Eastern District of California | 3. Date of Report<br><br>04/14/2006 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. District Judge - Active | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,     Date<br>☐ Initial    ☒ Annual    ☐ Final<br><br>5b.   ☐   Amended Report | 6. Reporting Period<br>01/01/2005<br>to<br>12/31/2005 |
| 7. Chambers or Office Address<br><br>U.S. District Court<br>2500 Tulare Street<br>Fresno, CA 93721 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

☐   NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Director | Assn. of Business Trial Lawyers, San Joaquin Valley Chapter |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☐   NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 1983 | Fresno County Retirement System; retirement benefits based upon age and years of service |
| 2. 1994 | California Judges Retirement System; retirement benefits based upon age and years of service |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ishii, Anthony W | 04/14/2006 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

[X]    NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[ ]    NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2005 | County of Fresno, California |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

[ ]    NONE *(No reportable reimbursements.)*

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | State Bar of California | August 6 - Oakland, CA - Litigation Section Meeting (Transportation, Meal) |
| 2. | State Bar of California | September 10 - San Diego, CA - Litigation Section Meeting (Transportation, Meal) |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ishii, Anthony W | 04/14/2006 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

[X]  NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-34 of instructions.)*

[X]  NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ishii, Anthony W | 04/14/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Ishii Bros., Inc. Common Stock | B | Dividend | N | U | | | | | |
| 2. Morgan Stanley Liq. Asset Fund | A | Dividend | J | T | | | | | |
| 3. Morgan Stanley Liq. Asset Fund | A | Dividend | J | T | | | | | |
| 4. Van Kampen Comstock B | A | Dividend | J | T | | | | | |
| 5. Am. Ret. Villas Prop. II | | None | J | T | | | | | |
| 6. Rancon Realty Fund V | A | Dividend | J | T | | | | | |
| 7. Morgan Stanley Liq. Asset Fund | A | Dividend | J | T | | | | | |
| 8. Wells Fargo Bank Accounts | A | Interest | J | T | | | | | |
| 9. Thames River Assoc. Limited Partnership | A | Interest | K | T | | | | | |
| 10. ING MidCap Opportunities Fund former ING Grw & Val Fund CL C | | None | | | Sell | 05/03 | J | | |
| 11. Phoenix Growth & Income FD CL B | | None | | | Sell | 05/03 | J | A | |
| 12. Dreyfus Premier Technology Growth Fund | | None | | | Sell | 05/16 | J | | |
| 13. AIM Large Cap Growth Fund | | None | | | Sell | 05/06 | J | | |
| 14. Davis New York Venture B | | None | J | T | | | | | |
| 15. Allianz OCC Renaissance FundCL B Pimco Renaissance Fund CL B | | None | J | T | | | | | See note in Part VIII |
| 16. Pimco Low Duration Fund CL C | A | Dividend | | | Sell | 05/03 | J | | |
| 17. Fresno County Federal Credit Union Account | | | | | | | | | See note in Part VIII |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ishii, Anthony W | 04/14/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Equitable Life Insurance Co. of Iowa | A | Interest | K | T | | | | | |
| 19. American General Life Ins. Co. | A | Interest | J | T | | | | | |
| 20. American Opportunities FD B | | None | J | T | | | | | |
| 21. Templeton Foreign Fund B | | None | J | T | | | | | |
| 22. Seligman Communication & Information CL B | | None | J | T | | | | | |
| 23. Munder Small Cap Value Fund | | None | | | Sell | 05/13 | J | B | |
| 24. Teradyne Inc. | | None | | | Sell | 05/04 | J | | |
| 25. Pimco PEA Renaissance Fund CL C | | None | | | Sell | 05/09 | J | | |
| 26. Broadcom Corp. | | None | | | Sell | 11/22 | K | B | |
| 27. Emulex Corp. | | None | | | Sell | 05/04 | J | | |
| 28. Comcast Corp. | | None | | | Sell | 05/03 | K | | |
| 29. Intel Corp. | A | Dividend | | | Sell | 06/01 | K | | |
| 30. Fidelity CMF Prime Fund - Capital Reserves Class | A | Dividend | J | T | | | | | |
| 31. Arrhythmia Research Technology Inc. | A | Dividend | K | T | Buy | 05/16 | L | | |
| 32. | | | | | Partial Sell | 06/29 | J | | |
| 33. Union Bank of California Account (X) | A | Interest | J | T | | | | | See note in Part VIII |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

Part VII. INVESTMENTS and TRUSTS

Entry number 15, Allianz OCC Renaissance Fund CL B, was reported in my 2004 Financial Disclosure Report under entry number 18 as Pimco Renaissance Fund Class B. Pimco Advisors implemented a name change on April 1, 2005 as a part of a global rebranding effort within Allianz AG (NYSE: AZ) - its corporate parent.

Entry number 17, Fresno County Federal Credit Union Account, was reported in my 2004 Financial Disclosure Report under entry number 20. I have deleted that asset in this 2005 Financial Disclosure Report because in 2005 the account in that financial institution fell below the threshold for both aggregate amount of income and aggregate value at the end of the 2005 reporting year.

Entry number 33, Union Bank of California Account, had been previously exempt from disclosure and is now reportable.

| Name of Person Reporting | Date of Report |
|---|---|
| Ishii, Anthony W | 04/14/2006 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature_____ Date _April 14, 2006_

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544